Dorothy Porte, Respondent, v. Ulrich Adels and Another, Defendants, and Jacob Porte, Appellant.— Motion to dismiss action for failure to prosecute, under the provisions of rule 156 of the Rules of Civil Practice and section 181 of the Civil Practice Act. Order denying the motion on condition that the case be noticed for the November term, otherwise granted, affirmed, without costs. No opinion. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

The People of the State of New York ex rel. Nathan Bayes, Respondent, v. Frank J. Quayle, Jr., Sheriff of the County of Kings, and Patrick J. Diamond, Warden of the Civil Prison in the County of Kings, Respondents; Electrolux, Inc., Judgment Creditor, Appellant.— In a habeas corpus proceeding, resettled order sustaining the writ and discharging relator from custody reversed upon the law, with ten dollars costs and disbursements, writ dismissed and the relator remanded to the custody of the sheriff of Kings county. In our opinion, the appellant was entitled to a body execution against respondent under its judgment against him. (See *Cohen Realty Co., Inc.*, v. *Cagino*, 239 App. Div. 844.) Young, Hagarty, Carswell, Davis and Johnston, JJ., concur.

Fannie Weinstein, Respondent, v. Minerva Fruchtbaum, Appellant.— Order granting defendant's motion to dismiss the complaint for lack of prosecution under rule 156 of the Rules of Civil Practice and section 181 of the Civil Practice Act, unless note of issue is served and filed for the December term, affirmed, with ten dollars costs and disbursements to respondent. Young, Carswell, Davis and Taylor, JJ., concur; Adel, J., taking no part.

Esther Cadous, as Administratrix, etc., of Prosper Cadous, Deceased, Respondent, v. Samuel Weinstein, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Davis, Adel and Taylor, JJ.